UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RONAN J. KYLES,

      Plaintiff,

 v.                                                 Case No. 06-C-824

DAVID CLARKE, et al,

      Defendant.

**ORDER**

      Plaintiff Ronan J. Kyles filed this pro se civil rights action against Sheriff David Clarke of Milwaukee County and other officers of the Milwaukee County Sheriff's Department alleging that they violated his constitutional rights by failing to respond to his request to attend Islamic services on Fridays and Mondays. Because Kyles has requested to proceed *in forma pauperis,* an initial partial payment was calculated and by order of August 9, 2006, he was ordered to pay the initial amount within 21 days. In the meantime, Kyles has been released from the county jail and is no longer in custody. Since he is no longer in custody, it would appear that Kyles may be in a position to pay the full filing fee or at least a substantial portion of it. Obviously, his release from custody is a substantial change in circumstances.

      Kyles shall file with the court a current affidavit setting forth his current income, assets, liabilities and expenses. The clerk will provide a form on which he may do so. The completed form, sworn to by Kyles, shall be returned to the court on or before October 1. Failure to return the completed form by that time will result in this case being dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

I note that in a letter dated August 2, 2006, Kyles advised the clerk's office that his address upon release would be 2341 South 12th Street, Milwaukee, Wisconsin 53215. Kyles filed an Amended Complaint along with $1.00 toward his filing fee on September 1, 2006. The Amended Complaint lists an address of Thurgood Marshal House, 1914 N. 6th Street, Milwaukee, WI 53202. The clerk has entered the address listed on the Amended Complaint in the docket, but I direct the clerk to mail a copy of this order to the 12th Street address as well.

**SO ORDERED** this 6th day of September, 2006.

                                              s/ William C. Griesbach
                                              William C. Griesbach
                                              United States District Judge