UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

RONAN J. KYLES,

    Plaintiff,

v.    Case No. 06-C-0824

DAVID CLARKE et al.,

    Defendants.

**ORDER**

Defendants have filed a motion to amend the scheduling order in the above matter. They note that the scheduling order requires dispositive motions to be filed on or before June 13, 2007. Defendants state they have been unable to complete discovery because they have not been able to contact the Plaintiff. Plaintiff is no longer in custody and has apparently changed addresses without notifying either the court or counsel for the Defendants. If this is so, it is a direct violation of this court's order of October 5, 2006 and could result in dismissal for failure to prosecute. In any event, Defendants request that the deadline for discovery be extended until July 30, 2007, and the deadline for filing dispositive motions be amended to August 1, 2007. Good cause having been shown, the motion of the Defendants is hereby **GRANTED**.

Dated this   13th   day of June, 2007.

          s/ William C. Griesbach
          William C. Griesbach
          United States District Judge